## GAINES *v.* McCORMICK.

No. 41354    February 1, 1960    117 So. 2d 467

*Travis & Moore,* Jackson, for appellant.

*Pierce & Waller,* Jackson, for appellee.

HALL, J.

This is a workmen's compensation case brought by William Carl Gaines against Hardy F. McCormick, doing business as McCormick Wholesale Company, for the recovery of benefits due him under the compensation law. The attorney-referee found in favor of the claimant and the full Compensation Commission affirmed the order of the attorney-referee. The appellee appealed to the circuit court and that court entered a judgment rejecting the claim and finding in favor of the appellee, stating in his order that the orders of the Commission affirming the attorney-referee's opinion are contrary to the law and facts and are manifestly wrong and against the great weight of evidence and should

be reversed. From that order comes this appeal. ██ █
We have carefully considered the entire record, and
we are of the opinion that there is substantial evidence
supporting the finding of the attorney-referee and the
orders of the Commission, and further that these find-
ings and orders are not manifestly wrong and are not
against the great weight of the evidence in this case.
Not only is there substantial evidence supporting these
orders and findings but we are of the opinion that the
overwhelming weight of the evidence is in favor of the
appellant and that the judgment of the circuit court re-
versing the attorney-referee and the Commission is
against the great weight of the evidence and should be
reversed. Accordingly the findings of the attorney-ref-
eree and of the Commission are hereby reinstated and
judgment is here entered in favor of the claimant-appel-
lant.

An attorney's fee of 33⅓% of the amount of recov-
ery is hereby awarded to the attorneys for the appel-
lant, and the cause is hereby remanded to the Com-
pensation Commission for such further proceedings as
may be appropriate.

Reversed and judgment here and cause remanded to
the Workmen's Compensation Commission.

*McGee, C. J.,* and *Holmes, Ethridge* and *Gillespie,
JJ.,* concur.

MOTION FOR DAMAGES AND INTEREST, FOR ALLOWANCE
OF ADDITIONAL ATTORNEYS' FEES, AND FOR
ASSESSMENT OF COSTS.

HALL, J.

The motion to assess the court costs in this case
against the appellee is hereby overruled for the reason
that the order of the court heretofore entered in this
cause has already made the assessment for which the
motion asks.

The motion for allowance of an additional attorneys'
fee in the amount of 33⅓% of the entire recovery in

this Court is hereby overruled for the reason that the order of the Court heretofore entered in this cause made such allowance.

The motion for damages in the amount of 5% is hereby overruled for the reason that this is not a case for the assessment of such damages. The same motion for interest on the compensation due, beginning with the date of the order of the attorney-referee, is hereby overruled for the reason that the same has already been allowed by the order heretofore entered in this cause by this Court.

If the person who filed these motions had taken the trouble to inquire of the Clerk's Office, he would have found that the several items covered by said motions have already been taken care of in the orders heretofore entered by this Court. The motions filed are a useless waste of time and paper.

Motions overruled.

*McGehee, C. J.,* and *Lee, Ethridge* and *Gillespie, JJ.,* concur.